UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Joseph E Pabon<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-36450<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

### ORDER GRANTING MOTION TO MODIFY DEBTOR'S PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises, due notice having been given to all parties in interest, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The default in plan payments is deferred to the end of the plan term. The plan term is increased to 65 months under the CARES Act.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: January 12, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600