UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-36450 |
| Joseph E Pabon | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

THIS MATTER coming to be heard on the debtor's MOTION TO MODIFY PLAN, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The monthly plan payment is increased to $1,105 a month beginning June 2022. The current default in plan payments is deferred to the end of the plan term.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: May 24, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600